**Order entered April 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00868-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### GREG FOX, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05606**

## ORDER

Pursuant to this Court's March 11, 2019 order, the trial court conducted a hearing and made written findings regarding the accuracy of the clerk's and reporter' records. By order dated April 25, 2019, we adopted the trial court's written findings.

Before the Court is appellant's April 25, 2019 motion to file a response to the trial court's written findings regarding the appellate record. We **DENY** appellant's motion.

Appellant's brief on the merits remains due **May 31, 2019**.

/s/    BILL WHITEHILL
       JUSTICE